Damian P. Richard, Esq. (SBN 1409067)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
drichard@sessions-law.biz

Attorney for Diversified Consultants, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN RICHARD GILMORE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　Defendant. | Case No.: 14-cv-0243-TMB<br><br>DIVERSIFIED CONSULTANTS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONSOLIDATE<br><br>Hon. Timothy M. Burns<br><br>Date:<br>Time:<br>Courtroom: |
| JUSTIN RICHARD GILMORE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-00202-TMB<br><br>Hon. Timothy M. Burns |

# I. INTRODUCTION

Plaintiff In Pro Per Justin Richard Gilmore ("Plaintiff") already had another action pending against Diversified Consultants, Inc. ("DCI") before the Honorable Timothy M. Burns when he initiated this action. *See Justin Richard Gilmore v. Diversified Consultants, Inc.,* Case No. 14-cv-00243-TMB. That action was filed first and is still pending. *Id.* Both cases involve identical parties, facts, and law. *Id.* DCI respectfully requests this Court consolidate this case with *Justin Richard Gilmore v. Diversified Consultants, Inc.,* Case No. 14-cv-00202-TMB.

# II. ARGUMENT

Federal Rule of Civil Procedure Rule 42(a) provides:

(a)     Consolidation. If actions before the court involve a common question of law or fact, the court may:

    (1)     join for hearing or trial any or all matters at issue in the actions;

    (2)     consolidate the actions; or

    (3)     issue any other orders to avoid unnecessary cost or delay.

District Courts enjoy broad discretion in controlling their dockets and in passing on requests to consolidate actions. 9A Charles A. Wright, et al., Federal Practice & Procedure § 2382 (3d ed.). "[U]nder Rule 42, the main question a court must address is whether there are common questions of law or fact[;]" secondarily, the Court must also "'weigh[ ] the saving of time and effort consolidation would produce against any inconvenience, delay or expense that it would cause.'" *Single Chip Systems Corp. v. Intermec IP Corp.,* 495 F.Supp.2d 1052, 1057 (S.D. Cal. 2007) (quoting *Huene v. United States,* 743 F.2d 703, 704 (9th Cir.1984)).

Here, the factual allegations in both cases are identical. The cases involve common questions of law and fact and consolidation would save otherwise duplicative time, effort, and judicial resources.

## III. CONCLUSION

For all the foregoing reasons, DCI respectfully requests this Court consolidate this case with *Justin Richard Gilmore v. Diversified Consultants, Inc.*, Case No. 14-cv-00202-TMB.

Dated: 12/17/14           SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Damian P. Richard*
Damian P. Richard
Attorney for Diversified Consultants, Inc.

CASE NAME: Justin Richard Gilmore v. Diversified Consultants, Inc.
CASE NO: 14-cv-0243 TMB

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, CA 92108 I served the following:

**Diversified Consultants, Inc.'s Memorandum of Points and Authorities in Support of Motion to Consolidate**

( x ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FEDERAL EXPRESS DELIVERY

    I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY COURT'S CM/ECF ELECTRONIC FILING SERVER

    I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Justin Richard Gilmore
6501 East 9th Ave
Anchorage, AK 99504

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 17, 2014          _____
                                                           Ann M. Coito